| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>KING, GARR M. | 2. Court or Organization<br><br>DISTRICT OF OREGON | 3. Date of Report<br><br>05/02/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>SENIOR UNITED STATES DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>907 UNITED STATES COURTHOUSE<br>1000 SW THIRD AVENUE<br>PORTLAND, OREGON 97204 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   CO-MANAGER | KING PARTNERS LLC |
| 2.   PRESIDENT/DIRECTOR | KING ▓▓▓ FOUNDATION |
| 3.   TRUSTEE | KING ▓▓▓▓ TRUST |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, GARR M. | 05/02/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, GARR M. | 05/02/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, GARR M. | 05/02/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. GARR KING'S ACCOUNTS | | | | | | | | | |
| 2. BP PLC SPON ADR | B | Dividend | K | T | | | | | |
| 3. BOEING COMPANY | A | Dividend | K | T | | | | | |
| 4. CARMEN DRIVE HEALTH CTR INVESTORS | C | Interest | L | T | | | | | |
| 5. CASH IN BROKERAGE ACCTS. UBS Resource Mgmt. Acct. | D | Interest | O | T | | | | | |
| 6. CISCO SYSTEMS INC | | None | K | T | | | | | |
| 7. COMM. FINANCIAL LTD PARTNERSHIP (MIDCO) | A | Interest | J | T | | | | | |
| 8. EXXON MOBIL CORP | B | Dividend | L | T | | | | | |
| 9. GENL ELECTRIC CO | A | Dividend | K | T | | | | | |
| 10. INTEL CORP | A | Dividend | K | T | | | | | |
| 11. ISHARES TRUST RUSSELL 1000 INDEX | D | Dividend | M | T | | | | | |
| 12. ISHARES TRUST S&P SMALL CAP 600 INDEX FUND | B | Dividend | L | T | | | | | |
| 13. JPMORGAN CHASE & CO | B | Dividend | K | T | | | | | |
| 14. JOHNSON & JOHNSON COM | A | Dividend | K | T | | | | | |
| 15. M & P CO. (Real Estate Partnership) Salt Lake City, UT | E | Rent | L | W | | | | | |
| 16. MEDTRONIC INC. | A | Dividend | K | T | | | | | |
| 17. MICROSOFT CORP | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, GARR M. | 05/02/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ORACLE CORP | | None | K | T | | | | | |
| 19. PROCTER & GAMBLE CO | A | Dividend | K | T | | | | | |
| 20. SPDR KBW BANK ETF | A | Dividend | K | T | | | | | |
| 21. SPDR S&P MIDCAP 400 ETF TR | C | Dividend | M | T | | | | | |
| 22. HEALTH CARE SELECT SECTOR SPDR FUND | C | Dividend | M | T | | | | | |
| 23. ENERGY SECTOR SPDR TRUST SHARES | C | Dividend | M | T | | | | | |
| 24. FINANCIAL SECTOR SPDR TRUST ETF | B | Dividend | L | T | | | | | |
| 25. US BANCORP DEL (NEW) | B | Dividend | L | T | | | | | |
| 26. US NATIONAL BANK | A | Interest | M | T | | | | | |
| 27. FT-FRANKLIN OR T/F INCOME A | D | Dividend | N | T | | | | | |
| 28. * * * * | | | | | | | | | |
| 29. ▒▒▒▒ KING'S ACCOUNT | | | | | | | | | |
| 30. ISHARES S&P 100 INDEX FUND | B | Dividend | L | T | | | | | |
| 31. SPDR S&P 500 ETF TR | B | Dividend | L | T | | | | | |
| 32. MIDCAP SPDR | B | Dividend | L | T | | | | | |
| 33. HEALTH CARE SELECT SECTOR SPDR FUND | B | Dividend | K | T | | | | | |
| 34. UNITED PARCEL SERVICE INC CL B | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100.001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, GARR M. | 05/02/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. VANGUARD MSCI EAFE ETF | A | Dividend | L | T | | | | | |
| 36. DESCHUTES CNTY ORE NPFG B/E/R 3.5 060115 DTD | B | Interest | L | T | | | | | |
| 37. WASHINGTON CNTY OR BE/R/ 4 DUE 060115 DTD | B | Interest | L | T | | | | | |
| 38. CLACKAMAS CNTY OR BE/R/ 4 DUE 060118 DTD | C | Interest | M | T | | | | | |
| 39. PORTLAND ORE HSG AUTH M/F REV DAWSON PD PRJ/R/ 6.75 D | A | Interest | K | T | | | | | |
| 40. **** | | | | | | | | | |
| 41. GARR KING IRA | | | | | | | | | |
| 42. AMERICAN FUNDS CAPITAL WORLD GROWTH & INCOME FUND CLASS F | B | Dividend | L | T | | | | | |
| 43. DWS DREMAN SMALL CAP VALUE FUND CLASS A | A | Dividend | K | T | | | | | |
| 44. DODGE & COX INT'L STOCK FUND | A | Dividend | K | T | | | | | |
| 45. AMERICAN FUNDS EURO PACIFIC FUND CLASS F | B | Dividend | L | T | | | | | |
| 46. FPA CAPITAL FUND INC | A | Dividend | K | T | | | | | |
| 47. IVY ASSET STRATEGY FUND CLASS A | A | Dividend | K | T | | | | | |
| 48. LOOMIS SAYLES STRATEGIC INCOME FUND CLASS A | C | Dividend | M | T | | | | | |
| 49. MATTHEWS ASIAN GROWTH & INCOME FUND CLASS INV | A | Dividend | K | T | | | | | |
| 50. OPPENHEIMER INT'L BOND FD CL A | C | Dividend | M | T | | | | | |
| 51. FT TEMPLETON GLOBAL BOND A | B | Dividend | M | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| KING, GARR M. | 05/02/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. VAN ECK GLOBAL HARD ASSETS FUND CLASS A | A | Dividend | K | T | | | | | |
| 53. **** | | | | | | | | | |
| 54. GARR KING▨▨▨▨▨ TRUST | | | | | | | | | |
| 55. CISCO SYSTEMS INC | | None | K | T | | | | | |
| 56. INTEL CORP | A | Dividend | K | T | | | | | |
| 57. ISHARES MSCI EAFE INDEX FUND | A | Dividend | K | T | | | | | |
| 58. ISHARES TRUST RUSSELL 1000 INDEX | C | Dividend | M | T | | | | | |
| 59. ISHARES TRUST S&P SMALLCAP 600 INDEX FUND | C | Dividend | M | T | | | | | |
| 60. MICROSOFT CORP | | None | K | T | | | | | |
| 61. ORACLE CORP | | None | L | T | | | | | |
| 62. SPDR S&P MIDCAP 400 ETF TR | C | Dividend | M | T | | | | | |
| 63. US BANCORP DEL (NEW) | A | Dividend | L | T | | | | | |
| 64. FT TEMPLETON GLOBAL BOND A | C | Interest | M | T | | | | | |
| 65. **** | | | | | | | | | |
| 66. KING PARTNERS LLC | | | | | | | | | |
| 67. BP PLC SPON ADR | A | Dividend | K | T | | | | | |
| 68. CISCO SYSTEMS INC | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, GARR M. | 05/02/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. EXXON MOBIL CORP | A | Dividend | K | T | | | | | |
| 70. GENL ELECTRIC CO. | A | Dividend | K | T | | | | | |
| 71. ISHARES TRUST RUSSELL 1000 INDEX | C | Dividend | M | T | | | | | |
| 72. ISHARES TRUST S&P SMALLCAP 600 INDEX FUND | B | Dividend | L | T | | | | | |
| 73. MICROSOFT CORP | | None | K | T | | | | | |
| 74. SPDR S&P MIDCAP 400 ETF TR | C | Dividend | M | T | | | | | |
| 75. HEALTH CARE SELECT SECTOR SPDR FUND | A | Dividend | K | T | | | | | |
| 76. CONSUMERS STAPLES SECTOR SPDR TRUST SHS | A | Dividend | K | T | | | | | |
| 77. FINANCIAL SECTOR SPDR TRUST ETF | A | Dividend | K | T | | | | | |
| 78. TECHNOLOGY SECTOR SPDR TRUST SHS | B | Dividend | L | T | | | | | |
| 79. US BANCORP COMMON STOCK | A | Dividend | K | T | | | | | |
| 80. WALGREEN CO. | A | Dividend | K | T | | | | | |
| 81. WELLS FARGO & CO. (NEW) | A | Dividend | K | T | | | | | |
| 82. FT-FRANKLIN OR T/F INCOME A | C | Dividend | M | T | | | | | |
| 83. **** | | | | | | | | | |
| 84. KING ▓▓▓ FOUNDATION | | | | | | | | | |
| 85. SPDR S&P 500 ETF TR | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, GARR M. | 05/02/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. SPDR S&P MIDCAP 400 ETF TR | B | Dividend | L | T | | | | | |
| 87. VANGUARD TOTAL STOCK MKT ETF | A | Dividend | K | T | | | | | |
| 88. DAVIS NEW YORK VENTURE FD CL A | B | Dividend | L | T | | | | | |
| 89. DODGE & COX INT'L STOCK FUND | A | Interest | K | T | | | | | |
| 90. AMERICAN FUNDS EURO PACIFIC FUNDS CLASS F | B | Interest | L | T | | | | | |
| 91. FPA CAPITAL FUND INC | A | Interest | K | T | | | | | |
| 92. FEDERATED KAUFMAN FUND CLASS A | A | Interest | K | T | | | | | |
| 93. AMERICAN FUNDS GROWTH FUND OF AMERICA CL F | A | Interest | K | T | | | | | |
| 94. HARBOR INT'L FUND INVESTOR CLASS | A | Interest | K | T | | | | | |
| 95. FT MUTUAL SHARES A | A | Interest | K | T | | | | | |
| 96. PIMCO TOTAL RETURN FUND CLASS A | D | Interest | L | T | | | | | |
| 97. FT TEMPLETON GLOBAL BOND A | C | Interest | M | T | | | | | |
| 98. **** | | | | | | | | | |
| 99. SOLD IN 2010 | | | | | | | | | |
| 100. ANALOG DEVICES COMMON STOCK | | None | | | Sold | 02/22/10 | K | D | |
| 101. RESIDENCE - DAVIS, CA | D | Rent | | | Sold | 07/21/10 | N | | |
| 102. PORT ORE SWR SYSTEM | D | Interest | | | Sold | 08/01/10 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, GARR M. | 05/02/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103.  3M CO. | A | Dividend | | | Sold | 07/28/10 | J | | |
| 104. | | | | | | | | | |
| 105. | | | | | | | | | |
| 106. | | | | | | | | | |
| 107. | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I have re-numbered the investments in VII to correspond to the listings in the six separate brokerage accounts which I am reporting. I called and asked if I could put them in alphabetical order and
was told that it would be acceptable. As it turned out, the logical listing was alphabetical order (almost) by account.

I have six accounts at the same investment firm. ████████████████████████████████████ I have no ownership interest, but I am listed as one of
the managers. I understand I must list the assets in those accounts and have done so. The accounts are separated by an account name. Unfortunately, there were securities purchased that
were not listed. This filing should contain only the securities owned as of 12/31/2010. If you wish, I can send you the brokerage account records I used to prepare the Report. If
you have any questions, please call ████████████

Very truly yours,

Garr M. King

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ GARR M. KING**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544